# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JAMES L. DRAKE, JR., trustee in bankruptcy for DJAMILA ACKLIN, Plaintiff, v. AXA EQUITABLE LIFE INSURANCE COMPANY Defendant. | Case No. CV413CV149 |

## ORDER

In this life insurance payout dispute, Djamila Acklin moves the Court under Fed. R. Civ. P. 19 to join her deceased husband's mother, Patricia Stewart, as a party to this case. Doc. 37. Acklin is the 80% beneficiary of her husband's life insurance policy, while Stewart is the 20% beneficiary. *Id.* at 2. So, she concludes, Stewart must be joined as a party. *Id.* But as defendant AXA Equitable Life Insurance Company points out, Acklin is not a party to this case, only her bankruptcy trustee, and he's made no such motion. Doc. 39. Her motion, therefore, is **DENIED**. Doc. 37.

Meanwhile, the Clerk shall amend the docket caption to terminate Djamila Acklin as the plaintiff -- she consented, by the way, to the substitution of her trustee. Doc. 32. The above caption has been amended; all subsequent filings shall conform. The Clerk, however, shall maintain Acklin as "service party" (i.e., this Order and all subsequent filings shall be E-served upon her until further order of the Court).

**SO ORDERED,** this 16th day of July, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA